UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-20052-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,
    Plaintiffs,
vs.

RANDY ALFRED GOMEZ FUENMAYOR,
    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

RANDY ALFRED GOMEZ FUENMAYOR, by and through the undersigned counsel, hereby files this waiver of Speedy Trial, and agrees and understands the period of delay resulting from this waiver, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161, et seq.

I HEREBY CERTIFY that a true copy of the foregoing Waiver of Speedy Trial has been electronically filed with the Clerk of Court using CM/ECF this of 6th day of March, 2023.

    /s/Michael A. Gottlieb
    Michael A. Gottlieb, Esquire
    Michael A. Gottlieb, P.A.
    1311 SE 2nd Avenue
    Ft. Lauderdale, Florida 33316
    mike@mgottlieblaw.com
    Phone: (954) 462-1005
    Fax: (954) 463-9869
    Florida Bar No.: 981133