UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cr-20052-JEM/Becerra

UNITED STATES OF AMERICA,

v.

RANDY ALFRED GOMEZ
FUENMAYOR,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON[1]
AGREED MOTION FOR CONTINUANCE**

**THIS CAUSE** came before the Court on Defendant Randy Alfred Gomez Fuenmayor's ("Defendant") Agreed Motion for Continuance (the "Motion"), ECF No. [30].  Specifically, Defendant requests a continuance of the trial currently set for June 5, 2023, before the District Court.  *Id.*  The Motion states that the Government has no objection to the relief sought.  *Id.* at 2.  The Parties appeared before the undersigned for oral argument on May 17, 2023 (the "Hearing").  *See* ECF No. [38].  Upon review of the Motion, the arguments of the Parties, and being otherwise fully apprised in the premises, and for the reasons stated at the Hearing, which are incorporated herein, it is hereby **RECOMMENDED** that the Motion be **GRANTED**.  The undersigned confirmed that given the different trial and family commitments of both the Government and Defendant's counsel, they will not be available for a trial in this case until early September 2023.  The undersigned also confirmed with Defendant that he understood his right to a speedy trial and that he waived any objection he might have to this continuance such that the time up to and

---

[1] This Motion was referred to the undersigned by the Honorable Jose E. Martinez, United States District Court Judge, ECF No. [31].

1

including the date when the District Court sets the trial (should such date be in September 2023) is excluded time for purposes of the Speedy Trial Act.

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FIVE (5) DAYS** of being served with a copy of this Report and Recommendation. A shortened objection period is warranted given the upcoming trial date. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on May 19, 2023.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE