UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20052-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY ALFRED GOMEZ FUENMAYOR,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON AGREED MOTION FOR CONTINUANCE

**THE MATTER** was referred to United States Magistrate Judge Jacqueline Becerra, and accordingly, a Report and Recommendation **[ECF No. 39]** was filed on May 19, 2023, with a Recommendation Granting Defendant Randy Alfred Gomez Fuenmayor's Agreed Motion for Continuance **[ECF No. 30]**, submitted by Michael A. Gottlieb, P.A., for the defendant.

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jacqueline Becerra's Report and Recommendation **[ECF No. 39]** is hereby **AFFIRMED and ADOPTED** in its entirety. Defendant Randy Alfred Gomez Fuenmayor's Agreed Motion for Continuance **[ECF No. 30]** is **GRANTED**.

Defendant's trial will be re-set to **Monday, September 25, 2023, at 9:30 a.m.**, with Calendar Call set for **Thursday, September 21, 2023, at 1:30 p.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of May 2023.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record